IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH & JACQUELINE GROSSO, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | NO. 11-1758 |
| | : | |

## ORDER

**AND NOW** this      day of November, 2011, upon consideration of Defendant's Motion for Summary Judgment (Docket #12), Plaintiffs' Cross-Motion for Summary Judgment (Docket #14), Defendant's Response to Plaintiffs' Cross-Motion for Summary Judgment (Docket #16), and for the reasons set forth in the attach Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.  Plaintiffs' Cross-Motion for Summary Judgment is **DENIED**.

BY THE COURT:

  /S LINDA K. CARACAPPA
  LINDA K. CARACAPPA
  UNITED STATES MAGISTRATE JUDGE